IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RUFUS A. AVENT,

       Plaintiff,                 No. CIV S-09-3482 JAM DAD P

    vs.

M. CATE et al.,

       Defendants.      ORDER

_____/

       Defendant L. Leslane has requested a thirty-day extension of time to serve a responsive pleading to plaintiff's complaint. Good cause appearing, IT IS HEREBY ORDERED that:

       1. Defendant L. Leslane's June 21, 2010 request for an extension of time (Doc. No. 14) is granted; and

       2. Defendant L. Leslane shall file and serve a responsive pleading to plaintiff's complaint within thirty days of the date of this order.

DATED: June 23, 2010.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:sj
aven2482.36

1